UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LILLIAM ALBURQUERQUE, WINSTON PENA and
DAVID COLON, on behalf of themselves and as class
representatives of all those similarly situated,

              Plaintiff,                          11-CV-2634 (FB)(CMP)

          -against-

HEALTHFIRST, INC., d/b/a HEALTHFIRST,        **STIPULATION OF
                                                                  DISCONTINUANCE
             Defendants.                            WITH PREJUDICE**
----------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action shall be and is hereby discontinued in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any Party.

| FRANK & ASSOCIATES, P.C.<br>Attorneys for Plaintiff | LEVINE LEE, LLP<br>Attorneys for Defendant |
|---|---|
| By: _____<br>Peter A. Romero, Esq. (PR 1658)<br>500 Bi-County Blvd., Ste. 112N<br>Farmingdale, New York 11735<br>(631) 756-0400 | By: _____<br>Seth L. Levine (SL   )<br>570 Lexington Avenue, 16th Floor<br>New York, NY 10022<br>(212) 223-4400 |
| Dated: December ____, 2011 | Dated: December 16, 2011 |