UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LILLIAM ALBURQUERQUE, WINSTON PENA and
DAVID COLON, on behalf of themselves and as class
representatives of all those similarly situated,

                Plaintiff,                              11-CV-2634 (FB)(CMP)

            -against-

                                                        **STIPULATION OF**
HEALTHFIRST, INC., d/b/a HEALTHFIRST,             **DISCONTINUANCE**
                                                        **WITH PREJUDICE**
                Defendants.
-----------------------------------------------------------X

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action shall be and is hereby discontinued in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any Party.

FRANK & ASSOCIATES, P.C.                LEVINE LEE, LLP
Attorneys for Plaintiff                              Attorneys for Defendant

By: _____                    By: _____
Peter A. Romero, Esq. (PR 1658)           Seth L. Levine (SL    )
500 Bi-County Blvd., Ste. 112N             570 Lexington Avenue, 16th Floor
Farmingdale, New York 11735              New York, NY 10022
(631) 756-0400                                     (212) 223-4400

Dated: December _____, 2011                Dated: December 16, 2011